IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MARK DOUGLAS HILL,** | C 05-4514 JF |
| Petitioner, | **[HABEAS CORPUS; 28 U.S.C., § 2254]** |
| v. | |
| **ROSANNE CAMPBELL, WARDEN,** | **ORDER** |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing Respondent's response to this Court's Order To Show Cause is extended to and including February 3, 2006.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

DATED:  12/28/05

　　　　　　　　　　　　　　　　　　　　　　s/electronic signature authorized
　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order - *Hill v. Campbell*  C 05-4514 JF

1