**E-filed 3/1/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MARK DOUGLAS HILL,** | C-05-4514-JF |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **ROSANNE CAMPBELL, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that respondent's application to file an oversized brief is granted. Respondent's Memorandum of Points and Authorities in Support of Answer to Order To Show Cause shall be filed by the clerk.

DATED: 3/1/06

JEREMY FOGEL
United States District Judge