\*\*E-filed 8/31/06\*\*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--o0o--

MARK DOUGLAS HILL,

    Petitioner,

    v.

ROSANNE CAMPBELL, Warden,
Mule Creek State Prison,

    Respondent.
_____/

No. C 05-4514-JF

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the time for filing petitioner's Traverse in this matter, if any, is extended until May 26, 2006

Dated: 8/31/06

JEREMY FOGEL
United States District Judge