1
2   **E-Filed 11/10/2010**
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9           SAN JOSE DIVISION

10  MARK DOUGLAS HILL,                    Case Number 05:05-cv-4514 JF
11           Petitioner,                  **ORDER DENYING CERTIFICATE OF APPEALABILITY**
12      v.
13  ROSANNE CAMPBELL, Warden,
14           Respondent.
15

16
17
18      Petitioner has not shown "that jurists of reason would find it debatable whether the
19  petition states a valid claim of the denial of a constitutional right [or] that jurists of reason would
20  find it debatable whether the district court was correct in its procedural ruling." *Slack v.*
21  *McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of appealability will be denied.
22
23
24  DATED: 11/10/2010
                                                 _____
25                                               JEREMY FOGEL
                                                 United States District Judge
26
27
28

Case No. 05:05-cv-4514 JF
ORDER DENYING CERTIFICATE OF APPEALABILITY
(JFLC3)